IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONNIE LEVASSUER,

    Plaintiff,
v.                                       Case No. 3:20cv5552/RV/HTC

SHADES INLET INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

UPON consideration of the parties' joint motion to approve settlement and joint stipulation of dismissal (doc. 15), it is ORDERED:

(1) The Settlement Agreement is hereby APPROVED. I find the terms to be fair and adequate under the facts of this case. This cause is DISMISSED, with prejudice and without taxation of costs.

(2) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 4th day of May, 2020.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                                  **Senior United States District Judge**